# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

(1) CHRISTOPHER WILLIAM SMITH,
a/k/a BRUCE JOHNSON, CHRIS
JOHNSON and ROBERT JOHNSON;
(2) BRUCE LIEBERMAN; and
(3) CREAGHAN HARRY a/k/a
HARRY CREAGHAN and ED
CREAGHAN

       Defendants.

**ORDER**
Criminal File No. 05-219 (MJD)

_____

In its submission to the Court, the Government calculates the potentially applicable Guideline range in this criminal contempt matter to be 30 to 37 months for Defendant Christopher William Smith and 24 to 30 months for Defendant Bruce Lieberman.  However, the Government concedes that a sentence of 6 months or less would be an appropriate sanction if either Defendant is found guilty in this matter.  Based on the Government's submission, the Court concludes that, if either Defendant is found guilty, a sanction of 6 months or less would be appropriate.  Therefore, Defendants' right to trial by jury is not implicated in this matter.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

This matter of criminal contempt shall be tried by the Court without a jury.

Dated: July 6, 2005                             s/ Michael J. Davis
                                                Judge Michael J. Davis
                                                United States District Court