UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 05-219(03) (MJD)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| (3) CREAGHAN HARRY, | ) |
| | ) |
| Contemnor. | ) |

ORDER

Upon the motion of the United States, it is hereby ordered that leave of Court is granted for the dismissal of the above-entitled contempt proceedings, including the motion for order to show cause and the order to show cause, as against Creaghan Harry only. Pursuant to the motion of the United States, this Court further orders that the bench warrant that was issued for the arrest of Creaghan Harry on or about July 8, 2005, be hereby dismissed.

Dated: July 13, 2005

s/ Michael J. Davis
The Honorable Michael J. Davis
United States District Court Judge